CARL A MAYBIN II, pro se
25 Malunia Avenue, Suite 102
Kailua, Hawaii 96734
Telephone: 808-221-0553
Email: carl@iptriple.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| | |
|---|---|
| ALLIED TELESIS CAPITAL CORP., | Case No.: No. C08-05696 CRB |
| Plaintiff, | MOTION to FILE USING e-File SYSTEM |
| vs. | |
| IP TRIPLE COMMUNICATIONS, INC., CARL A. MAYBIN II; AND DOES ONE, through TEN, inclusive, | |
| Defendants | |

## MOTION TO FILE USING e-FILE SYSTEM

Defendant MAYBIN requests the courts permission to e-file MOTIONS AND ANSWERS with COUNTERCLAIM. This is the first such request and is done in the interest of justice.

Dated this 21st day of October, 2009

By: [signature]

25 Maluhia Avenue, Suite 102
Kailua, Hawaii 96734
Telephone: 808-221-0553
Email: carl@iptriple.com
CARL A MAYBIN II, pro se

MOTION TO FILE USING e-FILE SYSTEM - 1

Motion Granted by By: _____

Signed: Oct. 21, 2009

The Honorable Judge Breyer

## CERTIFICATION OF SERVICE

I, defendant Carl Maybin certify that my MOTION TO FILE USING e-FILE was personally served on attorneys for plaintiff by mailing them said document on October 21, 2009 in San Francisco, California.

Dated this 21st day of October, 2009
By: _____
25 Malunia Avenue, Suite 102
Kailua, Hawaii 96734
Telephone: 808-221-0553
Email: carl@iptriple.com
CARL A MAYBIN II, pro se

MOTION TO FILE USING e-FILE SYSTEM - 2