1  MICHAEL A. SANDS (CSB NO. 178788)
   msands@fenwick.com
2  DAN KO OBUHANYCH (CSB NO. 255160)
   dobuhanych@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone: (650) 988-8500
   Facsimile: (650) 938-5200
6
   Attorneys for Plaintiff
7  ALLIED TELESIS CAPITAL CORP.

8
                  UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11 | ALLIED TELESIS CAPITAL CORP.,        Case No.: 3:08-CV-05696 CRB (MEJ)

12 |              Plaintiff,               [PROPOSED] ORDER GRANTING
                                          PLAINTIFF'S ADMINISTRATIVE MOTION
13 |      v.                              TO FILE UNDER SEAL

14 | IP TRIPLE COMMUNICATIONS, INC.;
     CARL A. MAYBIN II; and DOES ONE      Judge: Hon. Charles R. Breyer
15 | through TEN, inclusive,

16 |              Defendants.

17

18

19        Having considered Plaintiff Allied Telesis Capital Corp.'s Administrative Motion to File

20 Under Seal and good cause being shown, the Court, HEREBY ORDERS the following document

21 to be filed under seal in its entirety:

22        1.     Confidential Stipulated and [Proposed] Order of Settlement and Dismissal with

23 Prejudice, dated March 5, 2010.

24

25        **IT IS SO ORDERED**.

26 Dated:   March 23, 2010              By:_____
                                          CHARL[...]
27                                        UNITED[...]

28

[PROPOSED] ORDER GRANTING
PLAINTIFF'S ADMINISTRATIVE MOTION          1          CASE NO. 3:08-CV-05696 CRB (MEJ)
TO FILE UNDER SEAL

IT IS SO ORDERED
Judge Charles R. Breyer